ADMCLOS,JD1,MDL,MJ CIV PP,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:26–cv–01043–SBP

Union Line Farms, Inc. v. Mosaic Company, The et al
Assigned to: Magistrate Judge Susan Prose
Cause: 15:1 Antitrust Litigation

Date Filed: 03/13/2026
Date Terminated: 06/15/2026
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**Union Line Farms, Inc.**
*, on behalf of itself and all others similarly
situated*

represented by **Adam J. Levitt**
DiCello Levitt LLP
10 North Dearborn Street
6th Floor
Chicago, IL 60602
312–214–7900
Email: alevitt@dicellolevitt.com
*ATTORNEY TO BE NOTICED*

**Eric R. Olson**
Olson Grimsley Kawanabe Hinchcliff & Murray
LLC
700 17th Street
Suite 1600
Denver, CO 80202
303–535–9151
Email: eolson@olsongrimsley.com
*ATTORNEY TO BE NOTICED*

**Gregory S. Asciolla**
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
646–933–1000
Fax: 646–494–9648
Email: gasciolla@dicellolevitt.com
*ATTORNEY TO BE NOTICED*

**Theodore Salem–Mackall**
DiCello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
646–933–1000
Email: tsalemmackall@dicellolevitt.com
*ATTORNEY TO BE NOTICED*

**Jonathan S. Crevier**
DiCello Levitt LLP
6645 South Cherry Way

Centennial, CO 80121
860−680−2285
Fax: 646−494−9648
Email: jcrevier@dicellolevitt.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mosaic Company, The**                                 represented by   **Mark A. Ford**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617−526−6423
Email: Mark.Ford@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nutrien Ltd.**

**Defendant**

**Nutrien Ag Solutions, Inc.**                          represented by   **Kristin Kate Zinsmaster**
Jones Day
90 South 7th Street
Suite 4950
Minneapolis, MN 55402
612−605−6210
Fax: 612−605−6001
Email: kzinsmaster@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CF Industries Holdings, Inc.**                        represented by   **Christa C. Cottrell**
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654
312−862−2000
Fax: 312−862−2200
Email: ccottrell@kirkland.com
*ATTORNEY TO BE NOTICED*

**Daniel Edward Laytin**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312−862−2198
Fax: 312−862−2200
Email: daniel.laytin@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CF Industries, Inc.**                                    represented by **Christa C. Cottrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Edward Laytin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CF Industries Nitrogen, LLC**                           represented by **Christa C. Cottrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Edward Laytin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koch Agronomic Services, LLC**                          represented by **Lauren H. Dickie**
Quinn Emanuel Urquhart & Sullivan LLP
555 13th Street NW
Suite 600
Washington, DC 20004
202−538−8000
Fax: 202−538−8100
Email: laurendickie@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yara International ASA**                                 represented by **Eitan Berkowitz**
Freshfields US LLP
One Bush Street
17th Floor
San Francisco, CA 94104
415−400−2138
Email: tani.berkowitz@freshfields.com
*ATTORNEY TO BE NOTICED*

**Heather P. Lamberg**
Freshfields US LLP
700 13th Street NW
10th Floor
Washington, DC 20005
202−777−4500
Email: heather.lamberg@freshfields.com
*ATTORNEY TO BE NOTICED*

**Manish Kumar**
Freshfields US LLP
One Bush Street
17th Floor
San Francisco, CA 94104
415−400−2137

Email: manish.kumar@freshfields.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yara North America, Inc.**                    represented by    **Eitan Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather P. Lamberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manish Kumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Canpotex LTD**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2026 | Ï 1 | COMPLAINT against CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries, Inc., Canpotex LTD, Koch Agronomic Services, LLC, Nutrien Ag Solutions, Inc., Nutrien Ltd., The Mosaic Company, Yara International ASA, Yara North America, Inc. (Filing fee $ 405,Receipt Number ACODC−10879341)Attorney Jonathan S. Crevier added to party Union Line Farms, Inc.(pty:pla), filed by Union Line Farms, Inc.. (Attachments: # 1 Civil Cover Sheet)(Crevier, Jonathan) (Entered: 03/13/2026) |
| 03/13/2026 | Ï 2 | SUMMONS REQUEST as to The Mosaic Company, Nutrien LTD., Nutrien AG Solutions, Inc., CF Industries Holdings, Inc., CF Industries, Inc., CF Industries Nitrogen, LLC, Koch Agronomic Services, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD by Plaintiff Union Line Farms, Inc.. (Attachments: # 1 Summons re Nutrien LTD., # 2 Summons re Nutrien AG Solutions, Inc., # 3 Summons re CF Industries Holdings, Inc., # 4 Summons re CF Industries, Inc., # 5 Summons re CF Industries Nitrogen, LLC, # 6 Summons re Koch Agronomic Services, LLC, # 7 Summons re Yara International ASA, # 8 Summons re Yara North America, Inc., # 9 Summons re Canpotex LTD)(Crevier, Jonathan) (Entered: 03/13/2026) |
| 03/13/2026 | Ï 3 | Case assigned to Magistrate Judge Susan Prose. Text Only Entry (eguth, ) (Entered: 03/13/2026) |
| 03/13/2026 | Ï 4 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (eguth, ) (Entered: 03/13/2026) |
| 03/16/2026 | Ï 5 | NOTICE of Entry of Appearance by Gregory S. Asciolla on behalf of Union Line Farms, Inc.Attorney Gregory S. Asciolla added to party Union Line Farms, Inc.(pty:pla) (Asciolla, Gregory) (Entered: 03/16/2026) |
| 03/16/2026 | Ï 6 | NOTICE of Entry of Appearance by Theodore Salem−Mackall on behalf of Union Line Farms, Inc.Attorney Theodore Salem−Mackall added to party Union Line Farms, Inc.(pty:pla) (Salem−Mackall, Theodore) (Entered: 03/16/2026) |
| 03/16/2026 | Ï 7 | NOTICE of Entry of Appearance by Eric R. Olson on behalf of Union Line Farms, Inc.Attorney Eric R. Olson added to party Union Line Farms, Inc.(pty:pla) (Olson, Eric) (Entered: 03/16/2026) |

| 03/18/2026 | Ï 8 | SUMMONS Returned Executed by Union Line Farms, Inc.. The Mosaic Company served on 3/17/2026, answer due 4/7/2026. (Crevier, Jonathan) (Entered: 03/18/2026) |
|---|---|---|
| 03/18/2026 | Ï 9 | SUMMONS Returned Executed by Union Line Farms, Inc.. Nutrien Ag Solutions, Inc. served on 3/16/2026, answer due 4/6/2026. (Crevier, Jonathan) (Entered: 03/18/2026) |
| 03/18/2026 | Ï 10 | SUMMONS Returned Executed by Union Line Farms, Inc.. CF Industries Holdings, Inc. served on 3/16/2026, answer due 4/6/2026. (Crevier, Jonathan) (Entered: 03/18/2026) |
| 03/18/2026 | Ï 11 | SUMMONS Returned Executed by Union Line Farms, Inc.. CF Industries, Inc. served on 3/16/2026, answer due 4/6/2026. (Crevier, Jonathan) (Entered: 03/18/2026) |
| 03/18/2026 | Ï 12 | SUMMONS Returned Executed by Union Line Farms, Inc.. CF Industries Nitrogen, LLC served on 3/16/2026, answer due 4/6/2026. (Crevier, Jonathan) (Entered: 03/18/2026) |
| 03/18/2026 | Ï 13 | SUMMONS Returned Executed by Union Line Farms, Inc.. Koch Agronomic Services, LLC served on 3/16/2026, answer due 4/6/2026. (Crevier, Jonathan) (Entered: 03/18/2026) |
| 03/18/2026 | Ï 14 | SUMMONS Returned Executed by Union Line Farms, Inc.. Yara North America, Inc. served on 3/16/2026, answer due 4/6/2026. (Crevier, Jonathan) (Entered: 03/18/2026) |
| 03/23/2026 | Ï 15 | NOTICE of Entry of Appearance by Heather P. Lamberg on behalf of Yara North America, Inc.Attorney Heather P. Lamberg added to party Yara North America, Inc.(pty:dft) (Lamberg, Heather) (Entered: 03/23/2026) |
| 03/23/2026 | Ï 16 | NOTICE of Entry of Appearance by Eitan Berkowitz on behalf of Yara North America, Inc.Attorney Eitan Berkowitz added to party Yara North America, Inc.(pty:dft) (Berkowitz, Eitan) (Entered: 03/23/2026) |
| 03/25/2026 | Ï 17 | NOTICE of Entry of Appearance by Adam J. Levitt on behalf of Union Line Farms, Inc.Attorney Adam J. Levitt added to party Union Line Farms, Inc.(pty:pla) (Levitt, Adam) (Entered: 03/25/2026) |
| 03/27/2026 | Ï 18 | NOTICE of Entry of Appearance by Mark A. Ford on behalf of The Mosaic CompanyAttorney Mark A. Ford added to party The Mosaic Company(pty:dft) (Ford, Mark) (Entered: 03/27/2026) |
| 03/27/2026 | Ï 19 | CORPORATE DISCLOSURE STATEMENT. (Ford, Mark) (Entered: 03/27/2026) |
| 03/31/2026 | Ï 20 | NOTICE of Entry of Appearance by Lauren H. Dickie on behalf of Koch Agronomic Services, LLCAttorney Lauren H. Dickie added to party Koch Agronomic Services, LLC(pty:dft) (Dickie, Lauren) (Entered: 03/31/2026) |
| 03/31/2026 | Ï 21 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Koch, Inc. for Koch Agronomic Services, LLC. (Dickie, Lauren) (Entered: 03/31/2026) |
| 03/31/2026 | Ï 22 | NOTICE of Entry of Appearance by Daniel Edward Laytin on behalf of CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries, Inc.Attorney Daniel Edward Laytin added to party CF Industries Holdings, Inc.(pty:dft), Attorney Daniel Edward Laytin added to party CF Industries Nitrogen, LLC(pty:dft), Attorney Daniel Edward Laytin added to party CF Industries, Inc.(pty:dft) (Laytin, Daniel) (Entered: 03/31/2026) |
| 03/31/2026 | Ï 23 | NOTICE of Entry of Appearance by Christa C. Cottrell on behalf of CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries, Inc.Attorney Christa C. Cottrell added to party CF Industries Holdings, Inc.(pty:dft), Attorney Christa C. Cottrell added to party CF Industries Nitrogen, LLC(pty:dft), Attorney Christa C. Cottrell added to party CF Industries, Inc.(pty:dft) (Cottrell, Christa) (Entered: 03/31/2026) |
| 03/31/2026 | Ï 24 | |

| | | CORPORATE DISCLOSURE STATEMENT identifying Other Affiliate The Vanguard Group for CF Industries Holdings, Inc.; Other Affiliate CF Industries, Inc., Other Affiliate CF USA Holdings, LLC, Other Affiliate CHS Inc. for CF Industries Nitrogen, LLC; Corporate Parent CF Industries Holdings, Inc. for CF Industries, Inc.. (Laytin, Daniel) (Entered: 03/31/2026) |
|---|---|---|
| 03/31/2026 | 25 | NOTICE of Entry of Appearance by Kristin Kate Zinsmaster on behalf of Nutrien Ag Solutions, Inc.Attorney Kristin Kate Zinsmaster added to party Nutrien Ag Solutions, Inc.(pty:dft) (Zinsmaster, Kristin) (Entered: 03/31/2026) |
| 03/31/2026 | 26 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Nutrien, Ltd., Corporate Parent United Agri Products, Inc. for Nutrien Ag Solutions, Inc.. (Zinsmaster, Kristin) (Entered: 03/31/2026) |
| 03/31/2026 | 27 | Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, by Defendant The Mosaic Company. (Attachments: # 1 Proposed Order (PDF Only))(Ford, Mark) (Entered: 03/31/2026) |
| 04/01/2026 | 28 | NOTICE of Entry of Appearance by Manish Kumar on behalf of Yara North America, Inc.Attorney Manish Kumar added to party Yara North America, Inc.(pty:dft) (Kumar, Manish) (Entered: 04/01/2026) |
| 04/01/2026 | 29 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Yara International ASA for Yara North America, Inc.. (Lamberg, Heather) (Entered: 04/01/2026) |
| 04/01/2026 | 30 | ORDER GRANTING 27 JOINT MOTION FOR EXTENSION OF TIME by Magistrate Judge Susan Prose on April 1, 2026.This matter is before the Court on the Joint Motion for Extension of Time (ECF No. 27). The motion is unopposed and the parties have shown good cause. Accordingly, the Joint Motion is **GRANTED**. It is **ORDERED** as follows: The Moving Defendants (The Mosaic Company, Nutrien Ag Solutions, Inc., CF Industries Holdings, Inc., CF Industries, Inc., CF Industries Nitrogen, LLC, Koch Agronomic Services, LLC, and Yara North America, Inc.) **shall have up to sixty (60) days after the filing of a consolidated amended complaint in the MDL Action to answer, plead, or otherwise respond to Plaintiffs Complaint**, unless the Court presiding over the MDL Action sets a different schedule. If any Moving Defendant answers, moves, or otherwise pleads with respect to a Complaint in any Related Action pending in any District, that **Moving Defendant shall concurrently answer, move, or otherwise plead with respect to the Complaint in this Action**.If the JPML denies the pending motion for centralization, the **Moving Defendants shall have sixty (60) days from the entry of the JPMLs order denying the motion to answer or otherwise respond to the Complaint in this case**. Text Only Entry(sbplc9, ) (Entered: 04/01/2026) |
| 05/08/2026 | 31 | WAIVER OF SERVICE Returned Executed by Union Line Farms, Inc.. Yara International ASA waiver sent on 5/5/2026, answer due 7/6/2026. (Crevier, Jonathan) (Entered: 05/08/2026) |
| 05/15/2026 | 32 | NOTICE of Entry of Appearance by Heather P. Lamberg on behalf of Yara International ASAAttorney Heather P. Lamberg added to party Yara International ASA(pty:dft) (Lamberg, Heather) (Entered: 05/15/2026) |
| 05/15/2026 | 33 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent No Corporate Parent for Yara International ASA. (Lamberg, Heather) (Entered: 05/15/2026) |
| 05/15/2026 | 34 | NOTICE of Entry of Appearance by Manish Kumar on behalf of Yara International ASAAttorney Manish Kumar added to party Yara International ASA(pty:dft) (Kumar, Manish) (Entered: 05/15/2026) |
| 05/15/2026 | 35 | NOTICE of Entry of Appearance by Eitan Berkowitz on behalf of Yara International ASAAttorney Eitan Berkowitz added to party Yara International ASA(pty:dft) (Berkowitz, Eitan) (Entered: 05/15/2026) |

| 05/15/2026 | 36 | Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, by Defendant Yara International ASA. (Lamberg, Heather) Modified on 5/19/2026 to edit document title (ccuen, ). (Entered: 05/15/2026) |
|---|---|---|
| 05/28/2026 | 37 | ORDER GRANTING IN PART 36 JOINT MOTION FOR EXTENSION OF TIME AND ADMINISTRATIVELY CLOSING CASE by Magistrate Judge Susan Prose on 5/28/26. This matter is before the Court on the parties' Joint Motion for Extension of Time. ECF No. 36. The Motion explains that proceedings are pending before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization of this action and related actions for coordinated pretrial proceedings. In the interest of judicial economy, the Court finds that administrative closure is appropriate pending resolution of the JPML proceedings, subject to reopening for good cause under D.C.COLO.LCivR 41.2. Accordingly, the Motion is **GRANTED IN PART**. This case is **ADMINISTRATIVELY CLOSED** pending further order of the Court. Within seven (7) days of any ruling by the JPML concerning transfer or centralization of this action, the parties shall file a joint status report advising the Court of the status of the JPML proceedings and whether reopening of this case is necessary. If the JPML denies transfer or centralization, Defendant Yara International ASA shall answer, plead, or otherwise respond to the Complaint within sixty (60) days of the JPML's ruling, unless otherwise ordered by this Court. Administrative closure shall not constitute a dismissal or final disposition of this action. Text only entry.(sbplc9, ) (Entered: 05/28/2026) |
| 06/15/2026 | 38 | Civil Case Administratively Closed pursuant to ECF (37) Order filed in this case on 5/28/2026. Text Only Entry (ccuen, ) Modified on 6/15/2026 to match date of Order (ccuen, ). (Entered: 06/15/2026) |
| 06/17/2026 | 39 | CERTIFIED COPY OF Transfer Order from the Judicial Panel on Multidistrict Litigation pursuant to 28 USC 1407, transferring from 26−cv−01043−SBP, to District of Kansas, to become part of MDL No. 3187, by Clerk on 6/17/2026. (ccuen, ) (Entered: 06/17/2026) |